IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



APR 0 7 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAREY RAY JACKSON,<br><br>Defendant. | CR 07-53-BLG-SPW<br><br>ORDER GRANTING<br>MOTION FOR EARLY<br>TERMINATION OF<br>SUPERVISION |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 75), pursuant to 18 U.S.C. § 3583(e), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Carey Ray Jackson's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of this Order.

DATED this 7th day of April, 2020.

SUSAN P. WATTERS
United States District Judge